U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

FEB 09 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| STEVEN "MARC" ANDERSON | CIVIL ACTION 12-1761 |
| VERSUS | JUDGE HAIK |
| WARDEN BURL CAIN | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to Magistrate Judge Patrick Hanna for Report and Recommendation. After full consideration of the record, including the Objection filed by Steven "Marc" Anderson and the Reply by the State, the Court concludes the Report and Recommendation of the Magistrate Judge is correct and, therefore, adopts the conclusions set forth therein. Accordingly,

Anderson's petition is hereby **DISMISSED WITH PREJUDICE.**

**THUS DONE** and **SIGNED** on the 6th of February, 2015.

_____
RICHARD T. HAIK, SR., DISTRICT COURT
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA